```
_____ FILED _____ LODGED
         _____ RECEIVED
              Jan 13 2023
         CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-5024 |
| Plaintiff, | |
| v. | INFORMATION |
| CORREEN E. ZAHNZINGER, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about September 21, 2022, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, CORREEN E. ZAHNZINGER, did assault J.J.Z., by striking, beating, or wounding.

All in violation of 18 U.S.C. §§ 7 and 113(a)(4).

DATED this 12th day of January, 2023.

NICHOLAS W. BROWN
United States Attorney

/s/ REGAN E. RUSSELL /s/
REGAN E. RUSSELL
Special Assistant United States Attorney

INFORMATION
United States v. CORREEN E. ZAHNZINGER

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69 JBLM, WA 98433-9500
usarmy.jblm.i-corps.list.sja-sausa@army.mil