```
_____ FILED _____ LODGED
           _____ RECEIVED
```
Apr 17, 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

CVB JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-5024 |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| CORREEN ZAHNZINGER, | |
| Defendant. | |

Based on Ms. Zahnzinger's Unopposed Motion to Continue the Trial Date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and that Ms. Zahnzinger has executed a Speedy Trial waiver, waiving her rights to a speedy trial to any date up to and including August 30, 2024, therefore,

IT IS HEREBY ORDERED that the trial date in this matter be continued to July 29, 2024 at 9:00 a.m. PreTrial motions are due May 20, 2024.

DONE this 17th day of April, 2024.

*Theresa L. Fricke*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *John R. Carpenter*
Assistant Federal Public Defender
Attorney for Correen Zahnzinger

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
(*United States v. Zahnzinger* / CR23-5024) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710